The Law Offices of

# ERIN E. WIETECHA

95 St. Nicholas Ave
Brooklyn, NY 11237
wietechalaw.com

Phone:
347.305.1766

Fax:
347.658.3220

July 7, 2020

**VIA ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *Pangle v. Deutsche Bank National Trust Company, et ano*
              1:20-cv-01979 (LJL)

Dear Judge Liman:

    I represent plaintiff Deborah Pangle ("Plaintiff") in the above-referenced action. I write to inform Your Honor that Plaintiff no longer wishes to prosecute this case. Given that no defendant has been served, and thus no issue has been joined and no prejudice to any party would result from a dismissal at this time, Plaintiff respectfully requests that this case be dismissed.

    On a separate note, I apologize for my absence at the conference scheduled for July 1, 2020. After being forced to relocate our physical files in June 2020, due to COVID-19, my office transitioned to a new calendar system. For some reason, the dates I calendared for this matter were not saved. I discovered upon a manual review last evening that this error had occurred. We have addressed the computer issue and I do not anticipate any issues going forward in this or any other case.

                        Respectfully submitted,

                        /s/ Erin E. Wietecha
                        Erin E. Wietecha

Motion GRANTED. The case is dismissed. The Clerk of Court is respectfully directed to close the case. SO ORDERED.

7/21/2020

SO ORDERED.

LEWIS J. LIMAN
United States District Judge